UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Sherry L. Duffie,

                Plaintiff,        Case No. 14-cv-14148
                                        Hon. Judith E. Levy
v.                                        Mag. Judge David R. Grand

The Michigan Group, Inc. –
Livingson d/b/a Re/Max Platinum,

                Defendant.

_____/

## **JUDGMENT**

Following a jury verdict, judgment is entered for plaintiff against defendant in the amount of $132,750.00, plus taxable costs, attorney fees, and costs to be determined.

Dated: February 16, 2016        s/Judith E. Levy
Ann Arbor, Michigan             JUDITH E. LEVY
                                              United States District Judge

Approved as to form:

By: /s/Elisabeth A. Gusfa      By: /s/William E. Pilchak
    Raymond J. Sterling (P34456)      William E. Pilchak (P29545)
    Elisabeth A. Gusfa (P77273)      William T. Russell (P40062)
    Brian J. Farrar (P79404)      Attorneys for Defendant
    Attorneys for Plaintiff